No. 67989.—Moscahlades Bros., Inc. *v.* United States, protest 62/11228 (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the proper basis for converting the weight in pounds to gallons is 6.5 pounds per gallon, the claim of the plaintiff was sustained, and the collector was directed to reliquidate the entry accordingly.